# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY FELDMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS SUTTON, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 22-cv-341-MMA (AGS)<br><br>**ORDER DISMISSING CIVIL ACTION** |

On October 17, 2022, Plaintiff filed a notice of settlement.  *See* Doc. No. 13. According to Plaintiff, the parties have resolved this matter and accordingly, Plaintiff asks the Court to dismiss all claims against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **DIMISSES** this action in its entirety with prejudice.  Each party shall bear its own costs and attorney's fees.  The Court **DIRECTS** the Clerk of Court to terminate all pending motions, deadlines, and hearings, and close this case.

　　**IT IS SO ORDERED**.

Dated:  October 17, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge